**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 190 WAL 2014
:
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
LOUIS VAN REESE, :
:
               Petitioner :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 7th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.